UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-00079-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NKHENGE SHROPSHIRE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Reduce Sentence. (Doc. No. 28.) The United States did not file a response in opposition, and the Motion is ripe for ruling. While this motion was pending, the Bureau of Prisons released Defendant. See https://www.bop.gov/inmateloc/ (last visited 2/13/2024). After reviewing the specific relief Defendant requests and the arguments and evidence in support thereof, the Court **DENIES AS MOOT** Defendant's Motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Reduce Sentence, (Doc. No. 28), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: February 13, 2024

Frank D. Whitney
United States District Judge

1